**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Kirk J. Petrulli, | : | Bankruptcy No. 17-21336-CMB |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| Kirk J. Petrulli, | : | |
| | : | Document No. |
| Movant. | : | |
| | : | Related to Document No.  82 |
| v. | : | |
| | : | |
| Seterus Inc., | : | |
| | : | |
| Respondent. | : | |

## ORDER

A *Loss Mitigation Order* dated June 28, 2017, was entered in the above matter at Document No. 39. On March 14, 2018, a ***Motion to Extend the Loss Mitigation Period*** was filed by Kirk J. Petrulli at Document No. 82 .

*AND NOW*, this 9th day of April , 2018, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* May 31 , 20 18 .

FILED
4/9/18 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*
United States Bankruptcy Judge    **dmr**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21336-CMB
Kirk J. Petrulli                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric            Page 1 of 1            Date Rcvd: Apr 09, 2018
                  Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.
db             +Kirk J. Petrulli,    P.O. Box 43,    Coulters, PA 15028-0043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:
      Brian C. Thompson    on behalf of Debtor Kirk J. Petrulli bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
      James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com, james.prostko@phelanhallinan.com
      Jerome B. Blank    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com
      Mario J. Hanyon    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                         TOTAL: 7