## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Kirk J. Petrulli, | : | Bankruptcy No.: 17-21336-CMB |
| Debtor, | : | Chapter 13 |
| Kirk J. Petrulli, | : | |
| Movant, | : | Document No.: |
| v. | : | Related to Document No.: 85, 86 |
| Rushmore Loan Management Services, LLC, | : | **Hearing Date and Time:** May 16, 2018 at 11:00 a.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR APPROVAL OF LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 23, 2018 at Document No. 85 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 86, Objections were to be filed and served no later than May 11, 2018.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No.85 be entered by the Court.

Date: May 14, 2018         s/ Brian C. Thompson
                           Brian C. Thompson, Esquire
                           Attorney for Debtor(s)
                           PA ID No. 91197
                           THOMPSON LAW GROUP, P.C.
                           125 Warrendale Bayne Road, Suite 200
                           Warrendale, PA 15086
                           (724) 799-8404 Telephone
                           (724) 799-8409 Facsimile
                           bthompson@thompsonattorney.com