# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | KIRK J. PETRULLI |
| **Case Number:** | 17-21336-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 10, 2018 11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/17/18 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#20 - Continued Confirmation of Plan Dated 5/1/2/2017 (NFC)
R / M #: 20 / 0

### *Appearances:*

Debtor: Thompson
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by __6/10/18__.
   Objections are due on or before __7/5/18__
   A hearing on the Amended Plan is set for __8/9/18__ at __11:00__.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

3-11 meeting closed. Tax return received.