**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Kirk J. Petrulli, | : | Bankruptcy No. 17-21336-CMB |
| | : | |
| Debtor, | : | Chapter 13 |
| _____ | : | |
| Kirk J. Petrulli, | : | |
| | : | |
| Movant, | : | |
| | : | Related to Document No.: 85 |
| v. | : | |
| | : | |
| Rushmore Loan Management Services, LLC | : | **ENTERED BY DEFAULT** |
| | : | |
| Respondent. | : | |

## ORDER OF COURT

AND NOW, upon consideration of Debtor's Motion to Authorize Loan Modification, it is hereby ORDERED as follows:

1. The Debtor is approved to enter into a Loan Modification agreement with Rushmore Loan Management Services, LLC, under the following terms:

    a. Principal balance: $88,704.85
    b. Effective Date: March 27, 2018
    c. End Date: February 1, 2048
    d. Payment schedule as follows:

| | **LOAN MODIFICATION TERMS** |
|---|---|
| Unpaid Principal Balance | $88,704.85 |
| Arrearages | $0.00 |
| Maturity Date | February 1, 2048 |
| Interest Rate | 3.875% |
| Total payment including escrow | **$491.31** |
| Effective Date | March 27, 2018 |

2. If the loan modification approved by the Court impacts the provisions of

the Debtor's Chapter 13 plan, a modified plan shall be filed within fourteen (14) days of the entry of the order approving the loan modification.

3.  If the loan modification approved by the Court results in a material change in the Debtor's expenses, the Debtor shall file an amendment to the impacted schedules reflecting income and expenses (Schedules I and J) within fourteen (14) days of the entry of the order approving the loan modification.

Dated: _____May 15, 2018_____

*[Signature]*
United States Bankruptcy Judge    **dmr**

FILED
5/15/18 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kirk J. Petrulli
    Debtor

Case No. 17-21336-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: May 15, 2018
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.
db         +Kirk J. Petrulli,    P.O. Box 43,    Coulters, PA 15028-0043
           Rushmore Loan Management, LLC,    P.O. Box 1077,    Hartford, CT   06143-1077

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:
       Brian C. Thompson    on behalf of Debtor Kirk J. Petrulli bthompson@ThompsonAttorney.com,
        blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
       James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
        bkgroup@kmllawgroup.com
       James A. Prostko    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com,
        james.prostko@phelanhallinan.com
       Jerome B. Blank    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com
       Mario J. Hanyon    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                   TOTAL: 7