# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | | | |
|---|---|---|---|
| Debtor: | KIRK J. PETRULLI | | FILED |
| Case Number: | 17-21336-CMB | Chapter: 13 | 8/10/18 8:52 am |
| Date / Time / Room: | THURSDAY, AUGUST 09, 2018 11:00 AM 3251 US STEEL | | CLERK |
| Hearing Officer: | CHAPTER 13 TRUSTEE | | U.S. BANKRUPTCY |
| | | | COURT - WDPA |

### Matter:

#98 - Amended Plan Dated 5/31/2018 (NFC)
R / M #: 98 / 0

### Appearances:

Debtor: Thompson
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*[Handwritten notes:]*
*Con'␣t for*
*- Amended sch I*
*- Confirmation of*
*whether Allegheny County*
*Family Division obligation*
*is still outstanding.*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____ effective _____.
7. _____ Plan/Motion continued to 9/27/18 at 2:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/2/2018    3:31:16PM