# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Kirk J. Petrulli, | : | Bankruptcy Case No.: 17-21336-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Kirk J. Petrulli, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 108 |
| v. | : | |
| | : | Related to Claim No.: 3 |
| Wilmington Savings Fund Society, | : | |
| FSB, d/b/a Christiana Trust, not, | : | |
| Individually but as trustee for, | : | |
| Pretium Mortgage Acquisition, | : | |
| Trust, | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on December 27, 2019, on the parties listed below.

James C. Warmbrodt
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated:  December 27, 2019

/s/ Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com