## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-21336-CMB |
| | ) | |
| Kirk J. Petrulli, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| _____ | ) | Related to Document No.  110 |
| Thompson Law Group, P.C., | ) | |
| | ) | **Hearing date and time:** |
| Applicant, | ) | February 19, 2020 at 11:00 A.M. |
| vs. | ) | |
| | ) | **ENTERED BY DEFAULT** |
| No Respondent. | ) | |

### ORDER OF COURT

     **AND NOW**, the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved for the total amount of **$11,853.44** for services rendered on behalf of the Debtor for the period between April 2, 2017 through January 15, 2020, which represents $11,525.00 in attorney fees and $328.44 in costs.

Date: _____February 6, 2020_____

Carlota M. Böhm

dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
2/6/20 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-21336-CMB
Kirk J. Petrulli                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric            Page 1 of 1              Date Rcvd: Feb 06, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db            +Kirk J. Petrulli,   P.O. Box 43,   Coulters, PA 15028-0043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
          Brian C. Thompson    on behalf of Debtor Kirk J. Petrulli bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;mswenson@thompsonattorney.com
          James  Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   Federal National Mortgage Association
           bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor   Federal National Mortgage Association pawb@fedphe.com
          Jerome B. Blank    on behalf of Creditor   Federal National Mortgage Association pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor   Federal National Mortgage Association pawb@fedphe.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 8