Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kirk J. Petrulli**
Debtor(s)

Bankruptcy Case No.: 17−21336−CMB
Related to Doc. No. 117
Chapter: 13
Docket No.: 118 − 117
Concil. Conf.: February 18, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 31, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 21, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 18, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 16, 2020

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kirk J. Petrulli  
    Debtor(s)

Case No. 17-21336-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 2  
Date Rcvd: Nov 16, 2020      Form ID: 410      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kirk J. Petrulli, P.O. Box 43, Coulters, PA 15028-0043 |
| 14394820 | + | Allegheny County Family Division, 621 City County Bldg, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 14688192 | + | FEDERAL NATIONAL MORTGAGE ASSOCIATION, SETERUS, INC., P.O. BOX 1047, HARTFORD, CT 06143-1047 |
| 14394824 | | Francis S. Hallinan, Esquire, 1617 JKF Blvd., Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14394827 | + | Med Express, 5126 Rt. 30, Greensburg, PA 15601-7835 |
| 14394829 | | Mortgage Svc Center, 2001 Leadenhall Rd., Mount Laurel, NJ 08054 |
| 14394831 | | NCO Financial/55, PO Box 13570, Philadelphia, PA 19101 |
| 14394832 | + | PHH Mortgage Corporation, 4001 Leadenhall Road, Mount Laurel, NJ 08054-4611 |
| 14394833 | + | RUI Credit Services, 225 Broad Hollow Rd., Melville, NY 11747-4809 |
| 14850282 | | Rushmore Loan Management Services LLC, P.O. Box 514707, Los Angeles, CA 90051-4 |
| 14394834 | | Sam Petrulli, 405 Tourman Street, Coulters, PA 15028 |
| 14394835 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 14394839 | + | Westmoreland Waste Management, 1500 Hayden Blvd., Elizabeth, PA 15037-1666 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14394821 | + | Email/Text: g20956@att.com | Nov 17 2020 03:58:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14394822 | | Email/Text: documentfiling@lciinc.com | Nov 17 2020 03:56:00 | Comcast, PO Box 3002, Southeastern, PA 19398-3002 |
| 14394823 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 17 2020 03:58:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 14394825 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 17 2020 03:45:56 | GE/JCPenney, PO BOX 965007, Orlando, FL 32896-5007 |
| 14394826 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 17 2020 03:56:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14394828 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2020 03:57:00 | Midland Funding, 8875 Aero Dr. Ste. 200, San Diego, CA 92123-2255 |
| 14394830 | + | Email/Text: egssupportservices@alorica.com | Nov 17 2020 03:58:00 | NCO Credit Services/51, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14395723 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14394836 | + | Email/Text: BankruptcyNotice@upmc.edu | Nov 17 2020 03:58:00 | UPMC Physician Services, 1650 Metropolitan Street, Third Floor - Customer Service, Pittsburgh, PA 15233-2212 |
| 14394837 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 17 2020 03:56:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14394838 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 17 2020 03:56:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 14679400 | + | Email/Text: bankruptcy@firstenergycorp.com | | |

Case 17-21336-CMB    Doc 119    Filed 11/18/20    Entered 11/19/20 00:43:11    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: dric | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: 410 | Total Noticed: 25 |

|  |  | Nov 17 2020 03:58:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Federal National Mortgage Association |
| cr |  | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Federal National Mortgage Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Kirk J. Petrulli bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com |
| James A. Prostko | on behalf of Creditor Federal National Mortgage Association pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Federal National Mortgage Association pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Federal National Mortgage Association mario.hanyon@brockandscott.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8