# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Kirk J. Petrulli, | : | Bankruptcy Case No.: 17-21336-CMB |
| Debtor. | : | Chapter 13 |
| Kirk J. Petrulli, | : | Document No.: |
| Movant, | : | Related to Document No.: |
| v. | : | Related to Claim No.: 3 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not, Individually but as trustee for, Pretium Mortgage Acquisition, Trust, | : | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on January 8, 2021, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for February 1, 2021.

The new post-petition monthly payment payable to Respondent is $438.66, effective February 1, 2021, per the notice dated January 8, 2021.  The Debtor's Plan payment provides for a monthly payment to Wilmington Savings Fund Society, FSB of $491.31.  Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date: January 20, 2021

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com