Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Kirk J. Petrulli** | : | Case No. 17−21336−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Doc. No. 136 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this *The 13th of October, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-21336-CMB

Kirk J. Petrulli     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 2

Date Rcvd: Oct 13, 2021     Form ID: 309     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kirk J. Petrulli, P.O. Box 43, Coulters, PA 15028-0043 |
| 14394820 | + | Allegheny County Family Division, 621 City County Bldg, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 14688192 | + | FEDERAL NATIONAL MORTGAGE ASSOCIATION, SETERUS, INC., P.O. BOX 1047, HARTFORD, CT 06143-1047 |
| 14394824 | | Francis S. Hallinan, Esquire, 1617 JKF Blvd., Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14394827 | + | Med Express, 5126 Rt. 30, Greensburg, PA 15601-7835 |
| 14394829 | | Mortgage Svc Center, 2001 Leadenhall Rd., Mount Laurel, NJ 08054 |
| 14394831 | | NCO Financial/55, PO Box 13570, Philadelphia, PA 19101 |
| 14394832 | + | PHH Mortgage Corporation, 4001 Leadenhall Road, Mount Laurel, NJ 08054-4611 |
| 14394833 | + | RUI Credit Services, 225 Broad Hollow Rd., Melville, NY 11747-4809 |
| 14850282 | | Rushmore Loan Management Services LLC, P.O. Box 514707, Los Angeles, CA 90051-4 |
| 14394834 | | Sam Petrulli, 405 Tourman Street, Coulters, PA 15028 |
| 14394835 | + | U.S. Attorneys Office, Western District of PA, 4000 U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219-1906 |
| 14394839 | + | Westmoreland Waste Management, 1500 Hayden Blvd., Elizabeth, PA 15037-1666 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14394821 | + | EDI: CINGMIDLAND.COM | Oct 14 2021 03:18:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14394822 | | EDI: COMCASTCBLCENT | Oct 14 2021 03:18:00 | Comcast, PO Box 3002, Southeastern, PA 19398-3002 |
| 14394823 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 13 2021 23:17:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 14394825 | + | EDI: RMSC.COM | Oct 14 2021 03:18:00 | GE/JCPenney, PO BOX 965007, Orlando, FL 32896-5007 |
| 14394826 | | EDI: IRS.COM | Oct 14 2021 03:18:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14394828 | + | EDI: MID8.COM | Oct 14 2021 03:18:00 | Midland Funding, 8875 Aero Dr. Ste. 200, San Diego, CA 92123-2255 |
| 14394830 | + | Email/Text: egssupportservices@alorica.com | Oct 13 2021 23:17:00 | NCO Credit Services/51, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14395723 | + | EDI: RECOVERYCORP.COM | Oct 14 2021 03:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14394836 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 13 2021 23:17:00 | UPMC Physician Services, 1650 Metropolitan Street, Third Floor - Customer Service, Pittsburgh, PA 15233-2212 |
| 14394837 | + | EDI: VERIZONCOMB.COM | Oct 14 2021 03:18:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14394838 | + | EDI: VERIZONCOMB.COM | Oct 14 2021 03:18:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 14679400 | + | Email/Text: bankruptcy@firstenergycorp.com | | |

Case 17-21336-CMB    Doc 141    Filed 10/15/21    Entered 10/16/21 00:33:18    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: dric | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 309 | Total Noticed: 25 |

| | Oct 13 2021 23:16:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
|---|---|---|

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal National Mortgage Association |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 15, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Federal National Mortgage Association bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Kirk J. Petrulli bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| James A. Prostko | on behalf of Creditor Federal National Mortgage Association jprostko@c-vlaw.com  jamesprostko@gmail.com |
| Jerome B. Blank | on behalf of Creditor Federal National Mortgage Association pawb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Federal National Mortgage Association wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8