**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KIRK J. PETRULLI | Case No.:17-21336 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/03/2017 and confirmed on 08/07/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 28,410.92 |
| Less Refunds to Debtor | | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | | 28,405.92 |
| Administrative Fees | | | |
| Filing Fee | | 0.00 | |
| Notice Fee | | 0.00 | |
| Attorney Fee | | 8,573.31 | |
| Trustee Fee | | 1,250.04 | |
| Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 9,823.35 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 9704 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 9704 | 2,307.41 | 2,307.41 | 0.00 | 2,307.41 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 9704 | 0.00 | 12,581.22 | 0.00 | 12,581.22 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 9704 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 14,888.63 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KIRK J. PETRULLI<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KIRK J. PETRULLI<br>Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: | 1,500.00 | 1,500.00 | 0.00 | 0.00 |

| 17-21336 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | THOMPSON LAW GROUP PC | 6,853.44 | 6,073.31 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXX5/20 | | | | |
| | THOMPSON LAW GROUP PC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC | 2,500.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COURT OF COMMON PLEAS - ALLEGHENY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2411 | | | | |
| | INTERNAL REVENUE SERVICE* | 3,383.94 | 3,383.94 | 0.00 | 3,383.94 |
| | Acct: 1432 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| | Acct: XXXXXXX6CMB | | | | |
| | | | | | 3,693.94 |
| Unsecured | | | | | |
| | AT&T MOBILITY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1432 | | | | |
| | COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7701 | | | | |
| | DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1432 | | | | |
| | JCPENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7076 | | | | |
| | MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2826 | | | | |
| | SAM PETRULLI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1432 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4198 | | | | |
| | VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5874 | | | | |
| | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3730 | | | | |
| | WEST PENN POWER* | 3,237.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 4404 | | | | |
| | WESTMORELAND WASTE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1432 | | | | |
| | INTERNAL REVENUE SERVICE* | 1,443.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 1432 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MORTGAGE SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NCO FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RUI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PAUL E SKIRTICH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

| 17-21336 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3 |

TOTAL PAID TO CREDITORS 18,582.57

TOTAL CLAIMED
PRIORITY 3,693.94
SECURED 2,307.41
UNSECURED 4.681.37

Date: 11/04/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com